NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CAO GROUP, INC.,**
*Appellant*

**v.**

**BIOLASE TECHNOLOGY, INC.,**
*Appellee*

_____

2016-1664

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/002,271.

_____

**JUDGMENT**

_____

H. DICKSON BURTON, TraskBritt, PC, Salt Lake City, UT, argued for appellant. Also represented by J. JEFFREY GUNN, STEPHEN E. PULLEY.

JOSHUA LEE RASKIN, Greenberg Traurig LLP, New York, NY, argued for appellee.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MOORE, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| January 27, 2017 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
|  | Clerk of Court |